UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 21-12848
SHELIA R BLOCKSON-BRUCE )
)  Chapter: 13
)  Honorable Carol A. Doyle
)
)
Debtor(s) )

**ORDER DISMISSING CASE FOR UNREASONABLE DELAY**

This matter coming before the court on Trustee's Motion to Dismiss,

IT IS THEREFORE ORDERED that this case is dismissed for unreasonable delay pursuant to 11 U.S.C. § 1307 (c) (1).

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 14, 2022

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900